PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ernest Matthews**         Docket No. 7:22-CR-97-1M

### Petition for Action on Conditions of Pretrial Release

COMES NOW Caroline M. O'Reilly, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Ernest Matthews, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 12th day of September, 2022.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

To assist Mr. Matthews with a successful transition to pretrial supervision, it is respectfully recommended that the condition providing for drug testing be added.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

### PRAYING THAT THE COURT WILL ORDER

- The defendant must submit to testing for a prohibited substance if required by the probation office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Caroline M. O'Reilly
Caroline M. O'Reilly
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 252-830-2343
Executed On: October 13, 2022

### ORDER OF THE COURT

Considered and ordered the **14** day of **October**, 2022, and ordered filed and made part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge

Case 7:22-cr-00097-M-BM   Document 30   Filed 10/14/22   Page 1 of 1