IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 7:22-CR-00097-M
Case No. 7:26-CV-00143-M

ERNEST MATTHEWS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

    This matter comes before the court on Petitioner's Petition for Relief Under 28 U.S.C. § 2255. DE 105. The court, having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, DIRECTS the United States Attorney to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within forty (40) days of the filing of this order.

    SO ORDERED this ___19th___ day of March, 2026

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE